YUAN ZHAI, Appellant, v CHEMICAL BANK et al., Respondents.

Decided August 29, 2013

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that it does not lie (*see* CPLR 5601).

Judge ABDUS-SALAAM taking no part.

In the Matter of ANNABELLE ZARATZIAN, Appellant, v ADEL RAMSEY ABADIR, Respondent. (Proceeding No. 1.)

In the Matter of ADEL RAMSEY ABADIR, Respondent, v ANNABELLE ZARATZIAN, Appellant. (Proceeding No. 2.)

Submitted July 1, 2013; decided August 29, 2013

Motion by the Women's Bar Association of the State of New York for leave to file a brief amicus curiae on the motion for leave to appeal herein granted and the brief is accepted as filed.